# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANE GERSON; ALISON GERSON; AND THE ESTATE OF OWEN GERSON, BY AND THROUGH HIS SUCESSOR IN INTEREST, STEPHANE GERSON,<br><br>Plaintiffs,<br><br>v.<br><br>O.A.R.S CANYONLAND, INC., A UTAH CORPORATION; GEORGE WENDT AN INDIVIDUAL; and DOES 1-100 Inclusive,<br><br>Defendants. | 1:09cv-1311-LJO-GSA<br><br>ORDER REMANDING THE CASE TO CALAVERAS COUNTY SUPERIOR COURT<br><br>(Documents 9 and 13) |

On July 30, 2009, Plaintiffs Stephane Gerson, Alison Gerson, and the Estate of Owen Gerson by and through his successor in interest, Stephane Gerson ("Plaintiffs") filed a Motion to Remand. No opposition to the motion was filed. The matter was taken under submission.

On August 26, 2009, the parties filed a stipulation agreeing to remand the case back to state court. Plaintiffs have withdrawn their motion as moot. Having considered the stipulation, IT IS HEREBY ORDERED that this action is REMANDED to the Calaveras County Superior Court for all further proceedings.

IT IS SO ORDERED.

Dated:   **August 27, 2009**            /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1